UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **QUAD CAPITAL LLC, QUAD CAPITAL MANAGEMENT LLC AND QUAD CAPITAL MANAGEMENT: ADVISORS LLC,** <br>      Plaintiffs, <br><br> v. <br><br> **UNDERWRITERS AT LLOYDS LONDON A/K/A UNDERWRITERS AT LLOYD'S LONDON,** <br><br>      Defendants. <br> _____ | : <br> : Case No: <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : OCTOBER 22, 2018 <br> : <br> : |

### DECLARATION OF CAROL S. DOTY IN SUPPORT OF REMOVAL

**Carol S. Doty** hereby declares, under penalties of perjury that**:**

1. I am a member of the law firm of Kaufman Borgeest & Ryan LLP, attorneys for Defendants Certain Underwriters at Lloyd's London a/k/a Underwriters at Lloyd's London ("Underwriters").

2. This declaration is submitted in support of Underwriters' Notice of Removal and in accordance with the "Standing Order on Removed Cases" contained in the Local Rules of Civil Procedure of the District of Connecticut.

3. On September 26, 2018, the Quad Parties effected service of the Summons and Complaint on Underwriters with service upon the Insurance Commissioner of the State of Connecticut, a duly authorized agent to accept service of process. Underwriters are the sole defendants in this action.

4. As alleged in the attached Complaint, the Quad Parties are "organized under the laws of the State of Delaware with [their] principal places of business in New York, New York."

(Complaint ¶¶ 2-4).   Upon information and belief, all of Plaintiffs' members are residents of, are domiciled in, and are citizens of the State of New York.

5.  Defendants Underwriters are "those certain underwriters at Lloyd's London, subscribing to Private Investment Fund Management & Professional Liability Insurance Policy No. DFS-0000027-01 (the "Policy")" and are syndicates consisting of entities authorized to insure risks at Lloyd's of London.  The Policy at issue in this case was underwritten by Syndicate Number 1458 and Incidental Syndicate Number 1980.   RenaissanceRe Corporate Capital Limited is the sole member of Syndicate Number 1458. The members of Incidental Syndicate Number 1980 are: (1) Pioneer Underwriters Limited; and (2) Liberty Corporate Capital Limited. RenaissanceRe Corporate Capital Limited, Pioneer Underwriters Limited and Liberty Capital Limited are all United Kingdom corporations and have their respective principal places of business in London, England.

6.  Defendants Underwriters have moved for removal within thirty (30) days.

7.  Counsel for the Plaintiffs Quad Parties:

Ryan M. Suerth, Esq.
Suerth Law
100 Allyn Street
Hartford, Connecticut 06103
860.216.1698
rsuerth@suerthlaw.com

Counsel for the Defendants Underwriters

Carol S. Doty
Kaufman Borgeest & Ryan, LLP
1010 Washington Blvd.
Stamford, CT 06901
Telephone: 203.557.5710
Facsimile: 203.557.5777
Email: cdoty@kbrlaw.com

8.  Accompanying the Notice of Removal and this Declaration is a "Notice of Pending Motions" which will be filed with the Clerk.

9.      Finally, Underwriters will serve a copy of this Declaration, along with the Notice of Pending Motions on Plaintiffs' counsel.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct upon information and belief.

This 22nd day of October, 2018.

_____
Carol S. Doty
Federal Bar No: ct24974

5222013