UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| QUAD CAPITAL LLC, QUAD CAPITAL MANAGEMENT LLC AND QUAD CAPITAL MANAGEMENT ADVISORS LLC, | : : : : : | CIVIL ACTION NO. 3:18-CV-01756-JCH |
| Plaintiffs, | : : | |
| v. | : : | |
| UNDERWRITERS AT LLOYDS LONDON A/K/A UNDERWRITERS AT LLOYD'S, LONDON, | : : : : | DECEMBER 3, 2018 |
| Defendant. | : | |

### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and the Court's Order Re: Disclosure Statement: Quad Capital Management LLC is the parent of Quad Capital LLC. Quad Capital Management LLC has no parent. Quad Management Partners LLC is the parent of Quad Capital Management Advisors LLC. No publicly held corporation owns 10% or more of Quad Capital LLC, Quad Capital Management LLC or Quad Capital Management Advisors LLC.

> QUAD CAPITAL LLC, QUAD CAPITAL
> MANAGEMENT LLC AND QUAD CAPITAL
> MANAGEMENT ADVISORS LLC
>
> By:  /s/ Ryan M. Suerth
> Ryan M. Suerth-ct23669
> Suerth Law LLC
> 100 Allyn Street
> Hartford, CT 06103
> Telephone: 860.216.1698
> Facsimile: 860.216-1719
> Email: rsuerth@suerthlaw.com
>
> *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2018, the foregoing Rule 7.1 Disclosure Statement was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

/s/ Ryan M. Suerth
Ryan M. Suerth