UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| QUAD CAPITAL LLC, QUAD CAPITAL MANAGEMENT LLC AND QUAD CAPITAL MANAGEMENT ADVISORS LLC, | : : : : : | CIVIL ACTION NO. 3:18-CV-01756-JCH |
| Plaintiffs, | : : | |
| v. | : : | |
| UNDERWRITERS AT LLOYDS LONDON A/K/A UNDERWRITERS AT LLOYD'S, LONDON, | : : : : | MARCH 13, 2019 |
| Defendant. | : | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party bearing that party's own attorney's fees and costs.

| QUAD CAPITAL, LLC, QUAD CAPITAL MANAGEMENT, LLC QUAD CAPITAL MANAGEMENT ADVISORS, LLC | UNDERWRITERS AT LLOYDS LONDON A/K/A UNDERWRITERS AT LLOYD'S LONDON |
|---|---|
| By: /s/ Ryan M. Suerth | By: /s/ Scott A. Schechter |
| Ryan M. Suerth- ct23669 | Scott A. Schechter (admitted pro hac) |
| Suerth Law LLC | Carol S. Doty |
| 100 Allyn Street | Federal Bar No. ct24974 |
| Hartford, CT 06103 | Joshua DiLena (admitted pro hac) |
| Telephone: 860.216.1698 | Kaufman Borgeest & Ryan LLP |
| Facsimile: 860.216-1719 | 1010 Washington Blvd. |
| Email: rsuerth@suerthlaw.com | Stamford, CT 06901 |
| *Attorney for Plaintiffs* | Telephone: 203.557.5710 |
| | Facsimile: 203.557.5777 |
| | Email: cdoty@kbrlaw.com |
| | Email: sschechter@kbrlaw.com |
| | Email: jdilena@kbrlaw.com |
| | *Attorneys for Defendant* |

5505861

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2019, the foregoing Joint Stipulation of Dismissal With Prejudice was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

    /s/    Scott A. Schechter
Scott A. Schechter (admitted pro hac)